**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7586**

---

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

     v.

ANGELA MUSE,

             Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J. Frederick Motz, Senior District Judge.  (1:03-cr-00554-JFM-1)

---

Submitted: February 29, 2016          Decided:  March 17, 2016

---

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Angela Muse, Appellant Pro Se. Bonnie S. Greenberg, Assistant United States Attorney, Matthew Paul Phelps, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Muse appeals the district court's order affirming the memorandum opinion and order of the magistrate judge and overruling Muse's objection to the writ of continuing garnishment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Muse, No. 1:03-cr-00554-JFM-1 (D. Md. July 16 & Sept. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED